BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MONITRONICS INTERNATIONAL, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | ) ) ) ) ) ) MDL No. 2493 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Monitronics International, Inc. ("Monitronics") notifies the Panel of the following potential Tag-along action:

*Todd C. Bank v. Alliance Security Inc., Monitronics International, Inc., UTC Fire & Security Americas Corporation, Inc., doing business as GE Security, and Versatile Marketing Solutions, Inc., doing business as VMS Alarms,* Civil Action No. 1:14-c-v-04410 (E.D. N.Y.).

This action was commenced on July 23, 2014 in the United States District Court for the Eastern District of New York. Plaintiff Todd C. Bank ("Bank") in this potential Tag-along action alleges that Monitronics and co-Defendants, Alliance Security Inc., UTC Fire & Security Americas Corporation, Inc., and Versatile Marketing Solutions, Inc. violated the Telephone Consumer Protection Act ("TCPA") as well as various state statutes. Bank specifically alleges that Defendants initiated telemarketing calls without prior consent to his residential telephone line using an artificial or prerecorded voice. (Complaint, attached to the Schedule of Potential Tag-along Action filed herewith, at ¶51.)

This potential Tag-along action shares common questions with the twelve other TCPA actions involving Monitronics and others that the Panel has transferred to the Northern District of West Virginia in its Transfer Order of December 16, 2013 (Dkt. No. 57), Conditional Transfer

Order (CTO-1) of December 30, 2013 (Dkt. No. 63), Conditional Transfer Order (CTO-2) of January 29, 2014 (Dkt. No. 80), Conditional Transfer Order (CTO-3) of February 27, 2014 (Dkt. No. 92), Conditional Transfer Order (CTO-4) of March 27, 2014 (Dkt. No. 96), Conditional Transfer Order (CTO-5) of April 10, 2014 (Dkt. No. 104), Conditional Transfer Order (CTO-6) of May 7, 2014 (Dkt. No. 108), and Conditional Transfer Order (CTO-7) of May 22, 2014 (Dkt. No. 116) and assigned to the Honorable Irene M. Keeley for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407. Almost all of the transferred cases allege that Monitronics (or third parties for whose actions plaintiffs contend Monitronics is liable) placed telemarketing calls to plaintiffs' residential or cellular telephones without their consent and in alleged violation of the TCPA. Ten of the transferred cases are, like this case, brought on behalf of putative nationwide classes and two transferred cases are brought by a single plaintiff. Alliance Security, Inc. and/or its related entity, Alliance Security, LLC, is a defendant in three of the transferred actions.

**Respectfully submitted,**

Dated: July 30, 2014

/s/ FREDERICK W. KOSMO, JR.
Frederick W. Kosmo, Jr. (138036)

**WILSON TURNER KOSMO LLP**
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Fax: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
Attorneys for Defendant
MONITRONICS INTERNATIONAL, INC.