# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:14–cv–04410–JG–VMS

Bank v. Alliance Security Inc. et al  
Assigned to: Judge John Gleeson  
Referred to: Magistrate Judge Vera M. Scanlon  
Cause: 28:1331 Fed. Question

Date Filed: 07/23/2014  
Date Terminated: 12/15/2014  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Todd C. Bank**  
*individually and on behalf of all others similarly situated*

represented by **Todd C. Bank**  
119–40 Union Turnpike  
Kew Garden, NY 11415  
718–261–2482  
Email: tblaw101@aol.com  
PRO SE

V.

**Defendant**

**Alliance Security Inc.**

**Defendant**

**Monitronics International, Inc.**

represented by **Richard Benjamin Harper**  
Baker Botts L.L.P.  
30 Rockefeller Plaza  
New York, NY 10112  
212–408–2675  
Fax: 212–259–2675  
Email: richard.harper@bakerbotts.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**UTC Fire &Security Americas Corporation, Inc**  
*doing business as*  
GE Security

**Defendant**

**Versatile Marketing Solutions, Inc.**  
*doing business as*  
VMS Alarms

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2014 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed –no,, filed by Todd C. Bank. (Attachments: #1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 07/23/2014) |
| 07/23/2014 | Ï | FILING FEE: $ 400, receipt number 4653076730 (Bowens, Priscilla) (Entered: 07/23/2014) |
| 07/23/2014 | Ï 2 | Summons Issued as to Alliance Security Inc., Monitronics International, Inc., UTC Fire &Security Americas Corporation, Inc. (Bowens, Priscilla) (Entered: 07/23/2014) |
| 07/23/2014 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/23/2014) |
| 07/29/2014 | Ï 4 | Summons Issued as to Versatile Marketing Solutions, Inc.. (Sica, Michele) (Entered: 07/29/2014) |
| 08/04/2014 | Ï 5 | NOTICE Of Potential Tag−Along Action (Attachments: #1 Proof of Service, #2 Schedule of Potential Tag−Along Action) (Fernandez, Erica) (Entered: 08/08/2014) |
| 08/15/2014 | Ï 6 | NOTICE of Appearance by Richard Benjamin Harper on behalf of Monitronics International, Inc. (aty to be noticed) (Harper, Richard) (Entered: 08/15/2014) |
| 08/15/2014 | Ï 7 | DISCLOSURE of Interested Parties by Monitronics International, Inc.. (Harper, Richard) (Entered: 08/15/2014) |
| 08/15/2014 | Ï 8 | Letter *requesting pre−motion conference in regard to Motion to Dismiss* by Monitronics International, Inc. (Harper, Richard) (Entered: 08/15/2014) |
| 08/15/2014 | Ï 9 | Letter *requesting pre−motion conference in regard to Motion to Stay* by Monitronics International, Inc. (Harper, Richard) (Entered: 08/15/2014) |
| 08/18/2014 | Ï 10 | SCHEDULING ORDER: re 8 Letter filed by Monitronics International, Inc., 9 Letter filed by Monitronics International, Inc. A premotion conference will be held by telephone on August 19, 2014 at 2:30pm before Chief Judge Amon. Counsel for defendant Monitronics International, Inc. is directed to coordinate the call to chambers at 718−613−2410. So Ordered by Chief Judge Carol Bagley Amon on 8/18/2014.(Cramer−Babycz, Laura) (Entered: 08/18/2014) |
| 08/19/2014 | Ï | Minute Entry for proceedings held before Chief Judge Carol Bagley Amon:Conference held by telephone on 8/19/2014. In light of the pending conditional transfer order, the action is stayed until October 24, 2014. A status conference will be held on October 24, 2014 at 2:30 pm before Chief Judge Amon in Courtroom 10D South. If the action is transferred before October 24, 2014, counsel for defendant Monitronics International, Inc. shall notify the Court. (Court Reporter Anthony Frisolone.) (Cramer−Babycz, Laura) (Entered: 08/19/2014) |
| 08/26/2014 | Ï | ORDER REASSIGNING CASE. Case reassigned to Judge John Gleeson and Magistrate Judge Vera M. Scanlon for all further proceedings. Chief Judge Carol Bagley Amon, Magistrate Judge Viktor V. Pohorelsky no longer assigned to case. Ordered by Chief Judge Carol Bagley Amon on 8/26/2014. (Marziliano, August) (Entered: 08/26/2014) |
| 09/19/2014 | Ï 11 | Response of Alliance Security, Inc., in opposition to plaintiff's Motion to Vacate Conditional Transfer Order No. 8. (Piper, Francine) (Entered: 09/24/2014) |
| 09/22/2014 | Ï | |

|  |  |  |
|---|---|---|
|  |  | SCHEDULING ORDER: The Court will hold a status conference on Thursday, October 2, 2014, at 10:30 a.m., to discuss the motions proposed in the defendant's letters 8 and 9 . Ordered by Judge John Gleeson on 9/22/2014. (Levin, Sarah) (Entered: 09/22/2014) |
| 10/02/2014 | Ï | Minute Entry for proceedings held before Judge John Gleeson: Case called. Pro Se Plaintiff Todd C. Bank present. Defendants represented by Richard B. Harper, Esq. and Shannon E. Turner, Esq. Status Conference held on 10/2/2014. The parties disagree on the transferring of this case into the ongoing MDL case. In light of the ongoing MDL case, the Court has directed the parties to file whether jointly or separately, a status report via ECF by no later than 12/12/2014 as to how the MDL case is proceeding. This case is now stayed pending further order of this Court. (Court Reporter Lisa Schmid.) (Lee, Ilene) (Entered: 10/02/2014) |
| 10/20/2014 | Ï | ORDER: The 10/20/14 Minute Entry was erroneously docketed under this case and should be disregarded. Ordered by Magistrate Judge Robert M. Levy on 10/20/2014. (Levy, Robert) (Entered: 10/20/2014) |
| 12/12/2014 | Ï 12 | JPMDL Conditional Transfer Order: IT IS THEREFORE ORDERED that this action is transferred to the Northern District of West Virginia and, with the consent of that court, assigned to the Honorable Irene M. Keeley for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. (Marziliano, August) (Entered: 12/12/2014) |
| 12/15/2014 | Ï 13 | CERTIFIED COPY OF JPMDL Conditional Transfer Order: IT IS THEREFORE ORDERED that this action is transferred to the Northern District of West Virginia and, with the consent of that court, assigned to the Honorable Irene M. Keeley for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. (Attachments: # 1 Transfer request) (Marziliano, August) (Entered: 12/15/2014) |
| 12/15/2014 | Ï | Case transferred to District of Northern District of West Virginia. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Marziliano, August) (Entered: 12/15/2014) |