UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court under Federal Rule of Civil Procedure 23(e) for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  The reasons for granting this motion are more fully explained in the supporting memorandum and attached exhibits:

    Exhibit A.  Declaration of Jonathan R. Marshall in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

    Exhibit B.  Class Action Settlement Agreement.

    Exhibit C.  Declaration of Carla Peak in Support of Notice Plan.

    Respectfully Submitted,

    BAILEY & GLASSER, LLP

    By:  /s/ Jonathan R. Marshall
         Jonathan R. Marshall
         209 Capitol Street
         Charleston, West Virginia  25301
         Telephone:  (304) 345-6555
         Facsimile:  (304) 342-1110
         Email: jmarshall@baileyglasser.com

    *Liaison Counsel*

- 2 -

       John W. Barrett
       Ryan M. Donovan
       BAILEY & GLASSER, LLP
       209 Capitol Street
       Charleston, West Virginia  25301
       Telephone:  (304) 345-6555
       Facsimile:  (304) 342-1110
       Email: jbarrett@baileyglasser.com
       Email: rdonovan@baileyglasser.com

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell
      Beth E. Terrell
      Mary B. Reiten
      936 North 34th Street, Suite 300
      Seattle, Washington  98103-8869
      Telephone:  (206) 816-6603
      Facsimile:  (206) 319-5450
      Email:  bterrell@terrellmarshall.com
      Email:  mreiten@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia  26003
>Telephone:  (304) 905-1961
>Facsimile:  (304) 905-8628
>Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia  26003
>Telephone:  (304) 905-1961
>Facsimile:  (304) 905-8628
>Email: jholmstrand@grovedelklaw.com

>Meryl C. Maneker
>WILSON TURNER KOSMO LLP
>550 West C Street, Suite 1050
>San Diego, California  92101
>Telephone:  (619) 236-9600
>Facsimile:  (619) 236-9669
>Email: mmaneker@wilsonturnerkosmo.com

I further certify that I caused the foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

>Craig Cunningham
>5543 Edmondson Pike, Suite 248
>Nashville, Tennessee  37211

- 2 -

      Bryan Anthony Reo
      7143 Rippling Brook Lane
      Mentor, Ohio 44060

Dated: August 31, 2017.            By:  <u>/s/ Jonathan R. Marshall</u>
                                                        Jonathan R. Marshall
                                                         209 Capitol Street
                                                         Charleston, West Virginia 25301
                                                         Telephone: (304) 345-6555
                                                         Facsimile: (304) 342-1110
                                                         Email: jmarshall@baileyglasser.com